# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ANDREA GOCIMAN, SIMON PFEIFER, ISABEL BOTELLO, JOSEPH HICKEY, and KARI WHALEN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

LOYOLA UNIVERSITY OF CHICAGO,

Defendant(s).

Case No. 20 C 3116
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendants Gociman and Hickey are dismissed for lack of standing and Counts I and II dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman    on a motion.

Date: 1/25/2021                                        Thomas G. Bruton, Clerk of Court

                                                      Claire E. Newman, Deputy Clerk