# UNOPPOUNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIMON PFEIFER, ISABEL BOTELLO, and KARI WHALEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOYOLA UNIVERSITY OF CHICAGO,<br><br>Defendant. | Case No. 20-cv-03116<br><br>Honorable Robert W. Gettleman |

### PLAINTIFFS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT; CERTIFY THE SETTLEMENT CLASS; APPOINT CLASS REPRESENTATIVES, CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR; APPROVE PROPOSED CLASS NOTICE AND SCHEDULE FINAL APPROVAL HEARING

Plaintiffs Simon Pfeifer, Isabel Botello, and Kari Whalen (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for an Order under Federal Rule of Civil Procedure 23: (1) preliminarily approving the proposed class action Settlement on behalf of the Settlement Class Members according to the terms of the Settlement Agreement and Release between Plaintiffs and Defendant Loyola University of Chicago ("Loyola," the "University" or "Defendant"), a copy of which is attached as Exhibit 1 to the Declaration of Ellen T. Noteware in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement which is filed herewith; (2) authorizing the transmission of notice of the proposed Settlement to the proposed Class of Loyola students enrolled during the Spring 2020 semester (*See id.* at Exhibits A and C; (3) provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

1

> All students enrolled in any Loyola program who were assessed any tuition or Fees for the Spring 2020 semester, with the exception of (i) any person enrolled in online-only courses for the Spring 2020 semester, (ii) any person who withdrew from Loyola on or before March 17, 2020, (iii) any person who requested to block the release of his/her Directory Information and has not agreed to remove that block; (iv) any person who properly executes and files a proper and timely opt-out request to be excluded from the Settlement Class; and (v) the legal representatives, successors, or assigns of any such excluded person;

(4) preliminarily appointing Plaintiffs Simon Pfeifer, Isabel Botello, and Kari Whalen as Settlement Class Representatives; (5) preliminarily appointing the law firms of Berger Montague PC and Fegan Scott LLC as Class Counsel to act on behalf of the Settlement Class with respect to the Settlement; (6) approving the Parties' proposed Settlement procedure, including approving the Parties' selection of KCC Class Action Services LLC as Settlement Administrator and approving the Parties' proposed schedule; ( (7) entering the proposed Order Preliminarily Approving the Proposed Settlement and Provisionally Certifying the Proposed Settlement Class, attached as Exhibit B to the Settlement Agreement, which is attached as Exhibit 1 to the Declaration of Ellen T. Noteware; and (7) scheduling a Final Approval Hearing of the proposed class action Settlement.

Dated: August 1, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/Ellen T. Noteware*
　　　　　　　　　　　　　　　　　　　　　　　Ellen T. Noteware
　　　　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　Tel: (215) 875-3000
　　　　　　　　　　　　　　　　　　　　　　　Email: enoteware@bm.net

　　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Fegan
　　　　　　　　　　　　　　　　　　　　　　　Fegan Scott LLC
　　　　　　　　　　　　　　　　　　　　　　　150 S. Wacker Dr., 24th Floor
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 741-1019
　　　　　　　　　　　　　　　　　　　　　　　Email: beth@feganscott.com

E. Michelle Drake
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Email: emdrake@bm.net

*Attorneys for Plaintiffs and the Class*

3

## CERTIFICATE OF SERVICE

I, Ellen T. Noteware, an attorney, affirm that the foregoing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement was filed on August 1, 2023 on ECF, which automatically served all counsel of record.

Dated: August 1, 2023

/s/Ellen T. Noteware
Ellen T. Noteware