# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Simon Pfeifer, et al.

                        Plaintiff,

v.                                                     Case No.: 1:20–cv–03116
                                                            Honorable Robert W. Gettleman

Loyola University Chicago

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiffs' Unopposed Motion To Preliminarily Approve Class Action Settlement; Certify The Settlement Class; Appoint Class Representatives, Class Counsel, And Settlement Administrator; Approve Proposed Class Notice And Schedule Final Approval Hearing [68] is granted. Enter order. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.