UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIMON PFEIFER, ISABEL BOTELLO, and KARI WHALEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOYOLA UNIVERSITY OF CHICAGO,<br><br>Defendant. | Case No. 20-cv-03116<br><br>Honorable Robert W. Gettleman |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Simon Pfeifer, Isabel Botello, and Kari Whalen (collectively, "Plaintiffs") respectfully move the Court for an Order granting final approval the Parties' settlement, and approving the Settlement Fund distributions. Defendant does not oppose the relief sought in this Motion.

Dated: January 12, 2024

Respectfully submitted,

/s/ Ellen T. Noteware
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: enoteware@bm.net

Richard Schwartz (ARDC# 6323474)
BERGER MONTAGUE PC
1720 W Division
Chicago, IL 60622
Tel: 773-257-0255
Email: rschwartz@bm.net

E. Michelle Drake
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Email: emdrake@bm.net

Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Tel: (312) 741-1019
Email: beth@feganscott.com

*Attorneys for Plaintiffs and the Class*