## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Simon Pfeifer, et al.

                                Plaintiff,

v.                                                 Case No.: 1:20–cv–03116
                                                      Honorable Robert W. Gettleman

Loyola University Chicago

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: In Court fairness hearing held on 1/23/2024. No objectors or people wishing to op out of the class appeared. For the reasons stated on the record, Plaintiffs' Motion For Attorneys 9; Fees, Costs, And Service Awards [72] and Unopposed Motion For Final Approval Of Class Action Settlement [77] are granted. Enter Final Approval Order. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.